IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv18

| | |
|---|---|
| CATHERINE ANN CARPENTER,       ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | |
| v.                             ) | **ORDER** |
|                                ) | |
| OLUFEMI ABIOLA BABALOLA, and   ) | |
| MEDWEST HEALTH SYSTEMS, INC.,  ) | |
| f/k/a HARRIS REGIONAL HOSPITAL,) | |
|                                ) | |
|     Defendants.                ) | |
| _____  ) | |

Pending before the Court is Motion to Stay Scheduling Order and Discovery [# 29]. Defendants have filed three Motions to Dismiss and Plaintiff has filed a Motion to Dismiss Defendant Medwest Health Systems, Inc. Defendant MedWest Health System, Inc. moves the Court to stay discovery pending a ruling on these motions. For good cause shown, the Court **GRANTS** the motion [# 29] and **STAYS** discovery in this case pending a ruling on the various Motions to Dismiss.

Signed: January 24, 2012

Dennis L. Howell
United States Magistrate Judge