IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv18

| | |
|---|---|
| CATHERINE ANN CARPENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLUFEMI ABIOLA BABALOLA, and )<br>MEDWEST HEALTH SYSTEMS, INC., )<br>f/k/a HARRIS REGIONAL HOSPITAL, )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

Pending before the Court is Motion to Stay Scheduling Order and Discovery [# 29]. Defendants have filed three Motions to Dismiss and Plaintiff has filed a Motion to Dismiss Defendant Medwest Health Systems, Inc. Defendant MedWest Health System, Inc. moves the Court to stay discovery pending a ruling on these motions. For good cause shown, the Court **GRANTS** the motion [# 29] and **STAYS** discovery in this case pending a ruling on the various Motions to Dismiss.

Signed: January 24, 2012

*[signature]*

Dennis L. Howell
United States Magistrate Judge